UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | No. 14 Civ. 649 (VM) (RLE) |
| *Plaintiff and Counterclaim-defendant*, | |
| - against - | **Jury Trial Demanded** |
| HELLO PRODUCTS, LLC, | |
| *Defendant and Counterclaim-plaintiff*. | |

## RULE 7.1 STATEMENT OF DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant and Counterclaim-plaintiff, Hello Products, LLC states that it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
        March 17, 2014

                                                                        ZUKERMAN GORE BRANDEIS &
                                                                           CROSSMAN, LLP

                                                    By:   s/ Jesenia Ruiz de la Torre
                                                          John K. Crossman
                                                          Jesenia Ruiz de la Torre
                                                    Eleven Times Square
                                                    New York, New York 10036
                                                    Telephone: (212) 223-6700
                                                    jcrossman@zukermangore.com
                                                    jruiz@zukermangore.com

                                                    Randall A. Brater *(admitted pro hac vice)*
                                                    Arent Fox LLP
                                                    1717 K Street, NW
                                                    Washington, DC 20036
                                                    Telephone: (202) 715-8472
                                                    randall.brater@arentfox.com

                                                    *Attorneys for Defendant and Counterclaim-plaintiff*
                                                    *Hello Products, LLC*